UNITED STATES OF AMERICA
                Plaintiff,

v.                                 Case No.: 1:16–cr–00462
                                Honorable Rebecca R. Pallmeyer

Piere Paolo Gennell, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 26, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Oscar Ortiz: Status hearing held and continued to 1/30/20 at 2:00 p.m. Defendant's motion for appointment of expert to perform mental health evaluation [793] is granted. Defendant shall remain in USM custody pending further order of the court. Defendant ordered to appear and be transported by U.S. Marshals Service. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.